IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERMAINE D. BROOKS,                          )
                         Petitioner,          )        No. C 09-1355 CRB (PR)
                                              )
          vs.                                 )        ORDER
                                              )
J. WALKER, Warden,                            )
                         Respondent.          )
                                              )
_____             )

On July 17, 2009, the court (White, J.) ordered respondent to show cause, within 60 days,  as to why a writ of habeas corpus under 28 U.S.C. § 2254 should not be granted as to the following four claims – (1) the trial court committed Batson error; (2) petitioner's sentence of life without the possibility of parole constitutes cruel and unusual punishment; (3) admission of pre-trial statements of witness Chandler that were described as "credible" and "accurate" violated petitioner's Sixth Amendment rights; and (4) prosecutorial misconduct violated petitioner's rights to due process and a fair trial.

On August 7, 2009, the case was reassigned to the undersigned and various deadlines were vacated.

In order to expedite this matter, the court orders as follows:

1.      Respondent shall file with the court and serve on petitioner, within 30 days of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

2.      Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within 15 days of receipt of any opposition.

3.      Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

SO ORDERED.

DATED:  Oct. 15, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Brooks, J1.or1.wpd

2