1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11   In re EUGENE DARREL RUTLEDGE,  )   No. C 09-4228 CRB (PR)
                                    )   No. C 09-4229 CRB (PR)
12          Plaintiff.              )
                                    )   ORDER
13
14
15
16       Plaintiff's request for a modification of the court's orders granting him
17   leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 in the above-
18   referenced cases is DENIED.
19   SO ORDERED.
20   DATED: Sept. 3, 2013

                                            CHARLES R. BREYER
21                                          United States District Judge

26   G:\PRO-SE\CRB\CR.09\Rutledge, E.ifp.mod.wpd