1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  In re EUGENE DARREL RUTLEDGE,  )   No. C 09-4228 CRB (PR)
                                   )   No. C 09-4229 CRB (PR)
12          Plaintiff.             )
                                   )   ORDER
13                                 )
                                   )
14  _____    )
15

Plaintiff's request for a modification of the court's orders granting him leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 in the above-referenced cases is DENIED.

SO ORDERED.

DATED: Sept. 3, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Rutledge, E.ifp.mod.wpd